UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DON KING PRODUCTIONS, INC.,

Plaintiff

v.

ANGEL LUIS RODRIGUEZ, et al.,

re: José Martínez, Jane Doe de Martínez a/k/a Yvonne Ladí Blonde, and the conjugal partnership between them d/b/a **El Rincón Mejicano**; Richard Negrón a/k/a Rubén Olán, Jane Doe de Negrón, and the conjugal partnership between them d/b/a **El Deportivo**.

Defendants

CIVIL NO. 05-1672(HL)

### DEFAULT JUDGMENT

Pursuant to the Motion for Default Judgment filed by plaintiff (Docket No. 36), the Clerk having previously entered default (Docket No. 33), and upon motions for entry of judgment on default (Docket Nos. 36, 37), the Court finds for the plaintiff.  Accordingly, Default Judgment is hereby entered as to the following co-defendants: co-defendants José Martínez, Jane Doe de Martínez a/k/a Yvonne Ladí Blonde, and the conjugal partnership between them d/b/a **El Rincón Mejicano**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $1,400.00 in attorney's fees, and $375.00 in costs; co-defendants Richard Negrón a/k/a Rubén Olán, Jane Doe de Negrón, and the conjugal partnership between them d/b/a **El Deportivo**, are each ordered to pay plaintiff statutory damages in the amount of $10,000, plus jointly and severally $1,400.00 in attorneys' fees, and $375.00 in costs.

**Date**: June 1, 2006

s/ Héctor M. Laffitte
HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE